COOLEY LLP
KOJI F. FUKUMURA (189719)
(kfukumura@cooley.com)
CRAIG E. TENBROECK (287848)
(ctenbroeck@cooley.com)
VIVIENNE A. GOLDSCHLAG (345611)
(vgoldschlag@cooley.com)
10265 Science Center Drive
San Diego, California 92121-1117
Telephone: +1 858 550 6000
Facsimile: +1 858 550-6420

*Attorneys for Defendants*
*Skye Bioscience, Inc. and Punit Dhillon*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY STOUT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SKYE BIOSCIENCE, INC., EMERALD HEALTH SCIENCES INC., MFDI, LLC, and PUNIT DHILLON,<br><br>Defendants. | Case No. 3:25-cv-3177-WQH-DEB<br><br><u>CLASS ACTION</u><br><br>**NOTICE OF SETTLEMENT**<br><br>Judge: Hon. William Q. Hayes<br>Crtrm: 15B |

Lead Plaintiff Randall Scott Therrell and Defendants Skye Bioscience, Inc. and Punit Dhillon (collectively, the "Parties") respectfully submit this Notice of Settlement to inform the Court that the Parties have reached an agreement in principle that will completely resolve this putative class action as to all defendants.

The Parties will now proceed to formalize their proposed class action settlement in the form of Stipulation of Settlement. The Parties anticipate the filing of a motion for preliminary approval of the proposed class action settlement no later than November 6, 2026.[1]

Accordingly, the Parties respectfully request that all deadlines and proceedings be stayed pending the filing of the motion for preliminary approval.

Dated: September 25, 2026

COOLEY LLP

By: */s/ Koji F. Fukumura*
Koji F. Fukumura

*Attorneys for Defendants Skye Bioscience, Inc. and Punit Dhillon*

Dated: September 25, 2026

LEVI & KORSINKY, LLP

By: */s/ Adam M. Apton*
Adam M. Apton

*Attorneys for Plaintiff Randall Scott Therrell*

[1] Court approval of the settlement is needed because this is a putative class action and the Parties' agreement in principle contemplates a class-wide settlement. *See* Fed. R. Civ. P. 23(e).

## SIGNATURE ATTESTATION

Under Section 2.f.4 of the Court's CM/ECF Administrative Policies, I hereby certify that authorization for filing this document has been obtained from the other signatory shown above, and that all signatories have authorized placement of their electronic signature on this document.

*/s/ Koji F. Fukumura*
Koji F. Fukumura

*Attorneys for Defendants Skye Bioscience, Inc. and Punit Dhillon*