UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY STOUT, Individually and on Behalf of All Others Similarly Situated,<br>Plaintiff,<br>v.<br>SKYE BIOSCIENCE, INC., EMERALD HEALTH SCIENCES INC.; MFDI, LLC; and PUNIT DHILLON,<br>Defendants. | Case No.: 3:25-cv-03177-WQH-DEB<br>**ORDER** |

HAYES, Judge:

On September 25, 2026, Lead Plaintiff Randall Scott Therrell and Defendants Skye Bioscience, Inc. and Punit Dhillon (collectively, the "Parties") filed a Notice of Settlement. (ECF No. 31.) The Parties anticipate that they will file a motion for preliminary approval of the proposed class action settlement, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure, no later than November 6, 2026. (ECF No. 31.)

IT IS HEREBY ORDERED that pursuant to the Notice of Settlement (ECF No. 31), all deadlines and proceedings in this case are stayed pending the filing of the motion for

preliminary approval or until further order of the Court. Further, the Motions to Dismiss (ECF No. 20, 25) are dismissed without prejudice to refile if appropriate.

Dated: 9/28/2026

Hon. William Q. Hayes
United States District Court