Adam M. Apton (SBN 316506)
LEVI & KORSINSKY, LLP
aapton@zlk.com
515 South Flower Street
18th and 19th Floors
Los Angeles, CA 90071
Tel.: (213) 985-7290

*Lead Counsel for Plaintiff and the Class*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JEREMY STOUT, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>SKYE BIOSCIENCE, INC., EMERALD HEALTH SCIENCES INC., MFDI, LLC, and PUNIT DHILLON,<br><br>Defendants. | Case No. 3:25-cv-3177-WQH-DEB<br><br>CLASS ACTION<br><br>**PLAINTIFF'S UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Date: December 14, 2026<br>Judge: Hon. William Q. Hayes<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Court-appointed Lead Plaintiff Randall Scott Therrell ("Plaintiff") will appear in Courtroom 15b, United States District Court for the Southern District of California, James M. Carter & Judith N. Keep United States Courthouse, 15th Floor, 333 West Broadway, San Diego, CA 92101, or remotely via Zoom or telephone as the Court may direct, and will and hereby do move for an order pursuant to Federal Rule of Civil Procedure 23(e)(1): (1) preliminarily approving the proposed Settlement of this Action; (2) provisionally certifying a class for purposes of effectuating the Settlement; (3) authorizing the retention of Angeion Group as the Claims Administrator; (4) approving the form and manner of giving notice of the proposed Settlement to the Class; and (5) setting a hearing date for considering final approval of the Settlement ("Settlement Hearing"), as well as scheduling various deadlines in connection with the Settlement.[1]

**PLEASE TAKE FURTHER NOTICE THAT** this motion is unopposed by Defendants. Accordingly, Plaintiff respectfully submits that the motion may properly be decided on the papers.

**PLEASE TAKE FURTHER NOTICE THAT** this motion is supported by the following memorandum of points and authorities in support thereof, the Stipulation and the exhibits thereto, the Declarations of Adam M. Apton (Lead Counsel), Eric Schachter of the Angeion Group (Claims Administrator), Randall Scott Therrell (Lead Plaintiff) filed herewith, the previous filings and orders in this case, and any further representations as may be made by counsel at any hearing on this matter.

---

[1] Unless otherwise indicated, capitalized terms shall have the meaning as defined in the Stipulation of Settlement, dated as of November 6, 2026 (filed herewith).

Dated: November 6, 2026

Respectfully submitted,

LEVI & KORSINSKY, LLP

By: */s/ Adam M. Apton*
Adam M. Apton (SBN 316506)
LEVI & KORSINSKY, LLP
aapton@zlk.com
515 South Flower Street
18th and 19th Floors
Los Angeles, CA 90071
Tel.: (213) 985-7290

*Lead Counsel for Plaintiff and the Class*